THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BEHAN, Appellant.—

No opinion. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PEARL GOLDENBERG, Appellant.—

Accepting the facts proved most favorably to the People's case, they do not establish the violations charged. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN KAPLAN, Appellant.—

Accepting the facts proved most favorably to the People's case, they do not establish the violations charged. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT LEVY, Appellant.—

Although a conviction for an offense upon the sworn testimony of a child under the age of twelve years, unsupported by other evidence, is not prohibited by section 392 of the Code of Criminal Procedure, we are of the opinion that the evidence here did not warrant the conviction of the defendant. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. REX ADJUSTMENT Co., INC., Appellant.—

Accepting the facts proved most favorably to the People's case, they do not establish the violations charged. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.